IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN MULVEY, | ) |
| Plaintiff, | ) CASE NO. 3:12-01037 |
| | ) Chief Judge Haynes |
| v. | ) |
| HILDA SOLIS, | ) |
| Secretary, Department of Labor, | ) |
| Defendant. | ) |

ORDER

Based upon the statements of counsel at the February 9, 2013 conference, counsel for the parties are requested to file a report on their settlement discussions.

It is so **ORDERED**.

**ENTERED** this the _8_ day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court