# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN MULVEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>HILDA SOLIS, )<br>Secretary, Department of Labor, )<br>)<br>Defendant. ) | Civil No.: 3:12-cv-01037<br>JUDGE HAYNES |

## AGREED ORDER OF DISMISSAL

The parties, Plaintiff John Mulvey, and Defendant Hilda Solis, Secretary, Department of Labor, by and through their respective counsel, have informed the Court that all matters between these parties have been settled and compromised. Accordingly, this civil action is hereby DISMISSED with prejudice against Hilda Solis, Secretary, Department of Labor.

It is so **ORDERED**.

**ENTERED** this the _____ day of _____, 2013.

_____
**WILLIAM J. HAYNES**
**CHIEF UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

DAVID RIVERA
Acting United States Attorney
Middle District of Tennessee

By:   s/Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
110 9th Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151
B.P.R. #013330
*Attorney for Defendant*

       Of Counsel:
       Neil Morholt
       Office of the Solicitor
       618 Church Street, Suite 230
       Nashville, TN  37219


BY:   s/Benjamin A. Gastel w/permission
BENJAMIN A. GASTEL
B.P.R. # 28699
JAMES GERARD STRANCH, IV
B.P.R. # 23045
Branstetter, Stranch & Jennings
227 Second Avenue North, 4th Floor
Nashville, TN  37201
Telephone: (615) 255-8801
*Attorneys for Plaintiff*